FUNG LI.com

FREDERICK A. BLACK
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America



FILED
DISTRICT COURT OF GUAM
MAR 21 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FUNG LI FISHERIES GUAM INC., ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL CASE NO. **03-00010** <br><br><br> C O M P L A I N T |

Frederick A. Black, United States Attorney for the District of Guam, Marivic P. David, Assistant U.S. Attorney, hereby files this complaint seeking enforcement of **one Final Order** issued pursuant to 8 U.S.C. § 1284 (Failure to Detain Alien Crewman), and 8 C.F.R. § 280 (Imposition and Collection of Fines).

1. This is a civil action brought by the United States of America, pursuant to 8 U.S.C., Section 1330, seeking compliance with a Final Order issued by the Attorney General or his successor through the Immigration and Naturalization Service (INS) National Fines Office or it's successor to Defendant FUNG LI FISHERIES GUAM INC, for violations of 8 U.S.C. § 1284. [On March 1, 2003, the transfer of authority over immigration enforcement from the Attorney General to the Secretary for Homeland Security occurred pursuant to 6 U.S.C. §§ 202(3) and 557.]

2. Plaintiff is the UNITED STATES OF AMERICA.

3. Defendant FUNG LI FISHERIES GUAM INC. (hereinafter "FUNG LI") is a shipping agency conducting business at 1026 Cabras Highway, Piti, Guam 96925, and at the time of the incident alleged below was agent for the vessel Min Yih Sheng.

4. This Court has jurisdiction pursuant to 8 U.S.C. § 1329.

5. Venue is proper in this district pursuant to 8 U.S.C. § 1329.

6. Pursuant to 8 U.S.C. § 1281 (Immigration & Nationality Act, INA, § 251), 8 U.S.C. § 1284 (INA, § 254) and 8 U.S.C. § 1286 (INA, § 256), the Attorney General or his successor is authorized to conduct investigations, prescribe regulations, and impose civil penalties for the failure of agents and other entities to detain alien employees of the vessel after ordered detained by the INS or its successor as required by 8 U.S.C. § 1284, and for the act of agents and other entities of discharging alien employees of the vessel without authority as required by 8 U.S.C. § 1286. Pursuant to 8 C.F.R. § 2.1 the Attorney General or his successor has delegated his authority to impose penalties under the above statutory section to the INS or its succcessor.

7. On May 29, 1998, the INS or its successor, pursuant to 8 U.S.C. § 1286 (INA, § 256) and 8 C.F.R. §§ 280.1 and 280.11, issued to Defendant FUNG LI a Notice of Intent to Fine (Bill # NFE802727, Fine # AGA980071). The Notice of Intent to Fine charged the defendant with failure to detain an alien crewman after inspection involving crew members of the vessel MIN YIH SHENG which arrived at the Port of Hagåtña on March 24, 1998. The Notice of Intent to Fine provided that the defendant could file a written defense and request a personal interview and opportunity to present evidence within 30 days of the service of the Notice. A copy of the Notice of Intent to Fine is attached hereto as Exhibit "A."

8. Defendant FUNG LI did not file an application for mitigation or remission. On August 11, 1998, the INS or its successor issued a Final Decision and Invoice upon defendant. The Final Decision directed the defendant to pay a fine in the principal amount of $9,000.00. A copy of the Final Decision is attached hereto as Exhibit "B."

//

//

9. Defendant FUNG LI has heretofore failed to comply with the terms of the Final Order which accrues interest, penalty, and handling charges as required by 31 U.S.C. § 3717.

10. According to the Certificate of Indebtedness attached hereto as Exhibit "C," Defendant FUNG LI is indebted to Plaintiff, the UNITED STATES OF AMERICA, in the principal amount of $9,000.00 plus accrued interest, penalties, and handling charges.

11. Due demand has been made upon Defendant FUNG LI for the principal amount of $9,000.00 plus accrued interest, penalties, and administrative charges and the defendant has failed, neglected, and refused to pay said indebtedness.

WHEREFORE, Plaintiff, UNITED STATES OF AMERICA, demands judgment against Defendant FUNG LI for the principal amount of $9,000.00; together with accrued interest in the amount of $1,965.60 through December 5, 2002 and at the rate of 5 percent per annum thereafter to the date of judgment; penalty charges in the amount of $2,293.20 and at the rate of 6 percent per annum thereafter to the date of judgment; handling charges in the amount of $510.00 through December 5, 2002 and $10.00 per month thereafter; post-judgment interest at the legal rate; together with costs, including $150.00 in filing fees under 28 U.S.C. § 2412(a)(2) and 28 U.S.C. § 1914(a), fees; and for such other and further relief as this Court deems just and proper.

DATED: 3/21/03 , Hagåtña, Guam.

FREDERICK A. BLACK
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

Attorneys of the Plaintiff

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
NATIONAL FINES OFFICE
1400 WILSON BLVD, SUITE 210
ARLINGTON, VA. 22209
(202)305-7018   FAX(202)305-7049

NOTICE OF INTENTION TO FINE UNDER IMMIGRATION AND NATIONALITY ACT

Fine No.: AGA980071   Date: 05/29/98
District: HONOLULU   Port Of: AGANA, GUAM

To: FUNG LI FISHERIES GUAM INC.
    1026 CABRAS HIGHWAY
    SUITE 300
    PITI GU 96925 Attn: STATION MANAGER

EXHIBIT 4

Owner, Agent, Charter or Consignee of the Vessel:
    FUNG LI FISHERIES GUAM INC.   Vessel MIN YIH SHENG

Person or Persons Involved: LIANG-XING FANG and others (SEE ATTACHED LIST)

Pursuant to the provisions of Part 280, Title 8, Code of Federal Regulations, you are hereby notified that on the basis of the evidence of record concerning the person (or persons) named above who arrived at the port of AGANA, GUAM on 03/24/98, ex: FUNG LI FISHERIES GUAM INC., Vessel MIN YIH SHENG, it is indicated that a fine should be imposed under section 254 of the Immigration and Nationality Act (INA) on the following grounds:

254(A)(1) FAILURE TO DETAIN AN ALIEN CREWMAN PRIOR TO INSPECTION; OR
254(A)(2) FAILURE TO DETAIN AN ALIEN CREWMAN AFTER INSPECTION WHEN SO ORDERED; 254(A)(3) FAILURE TO DEPORT AN ALIEN CREWMAN WHEN SO ORDERED

You are hereby advised that you have a period of 30 days from the service of this notice to file a written defense in duplicate under oath setting forth the reasons why a fine should not be imposed or if imposed why it should be mitigated or remitted, if the particular section of law provides for mitigation or remission. If you desire an opportunity for personal interview, your written defense must include a request for such interview. Evidence in support of your defense should be filed in duplicate with the written defense or, if personal appearance is requested, the evidence may be submitted at that time. If you request personal appearance you will be given an opportunity to be interviewed by an immigration officer for the purpose of presenting evidence concerning the alleged violation. You may be represented by counsel at such interview if you so desire. You may also submit a brief or other written statement in support of your contentions. The vessel or aircraft on which the alien (or aliens) arrived will be granted clearance when ready to depart and allowed to proceed upon the outward-bound voyage on condition that you deposit with
THE IMMIGRATION AND NATURALIZATION SERVICE           , prior thereto the sum of $  9000.00, or where permitted by the INA, a bond with sufficient surety to secure payment of the fine should it be imposed.

DIRECTOR
NATIONAL FINES OFFICE

I the undersigned hereby certify that I have served the original of the Notice of Intention to Fine under the INA on the aforementioned party on 05/29/98 at the National Fines Office, Arlington, Va., by U.S. Mail.

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
NATIONAL FINES OFFICE
1400 WILSON BLVD, SUITE 210
ARLINGTON, VA. 22209
(202)305-7018   FAX(202)305-7049

NOTICE OF INTENTION TO FINE UNDER IMMIGRATION AND NATIONALITY ACT
ADDITIONAL

Fine No.: AGA980071

Date: 05/29/98

District: HONOLULU

Port Of: AGANA, GUAM

    2   MING-YU CHEN
    3   CHAO-MING ZHAO

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
NATIONAL FINES OFFICE
1400 WILSON BLVD, SUITE 210
ARLINGTON, VA. 22209
(202)305-7018   FAX(202)305-7049

FUNG LI FISHERIES GUAM INC.
1026 CABRAS HIGHWAY
SUITE 300
PITI            GU    96925

Date: 08/11/98
Bill: NFE802727
Fine: AGA980071

**************************************************************************
******              F I N A L -- D E C I S I O N                    ******
**************************************************************************

In a notice to you dated 07/06/98 we advised you that fine AGA980071 was imposed in the amount of $ 9,000.00 for violation of Section 254 of the Immigration & Nationality Act, in connection with the arrival of your flight/vessel ( MIN YIH SHENG   ) at AGANA, GUAM on 03/24/98, involving aliens:
- LIANG-XI FANG, MING-YU CHEN, CHAO-MIN ZHAO

At that time, we informed you that you had a final period of thirty(30)days to file an application for mitigation or remission of the fine, if permitted by statute. A review of our records shows that you did not file an application for mitigation or remission. No further applications or defenses will be accepted in this case and no further relief is available to you. Therefore, attached is a bill(form G-251) relating to this penalty which is now considered due and payable.

All periods for requesting relief have now expired. You are directed to make payments in full to the address shown on the bill.

Failure to make prompt payment will result in the accrual of interest, penalties and handling charges and may also involve enforcement action pursuant to 8 CFR 280.3.

Sincerely,

Director
National Fines Office

EXHIBIT
B

United States Department of Justice
Immigration and Naturalization Service
South Burlington, Vermont

CERTIFICATE OF INDEBTEDNESS

Debtor Name and Address

**FUNG LI FISHERIES GUAM INC.**
**1026 Cabras Highway, Suite 300**
**Piti, GU 96925**

Total debt due the United States on the claim included in this certificate was **$13,768.80** as of **December 5, 2002.**

I certify that the records of the United States Department of Justice, Immigration and Naturalization Service, Eastern Regional Finance show that the debtor named above is indebted to the United States in the amount stated above, which includes interest on the principal balance of **$9,000.00** for invoice number NFE802727 of 5.0%.

The claim is based upon a violation:

Pursuant to 8 U.S.C. §1284 failure to detain an alien crewman after inspection when so ordered at Agana, Guam on March 24, 1998 and involving the alien Liang-Xing Fang et al.

The debtor was billed and dunned for this claim as required by the Federal Claims Collection Standards (4 C.F.R. 102.2).

A breakdown of the debt follows:

| BILL NUMBER | PRINCIPAL | INTEREST | PENALTY | HANDLING | TOTAL |
|---|---|---|---|---|---|
| NFE802727 | $9,000.00 | $1,965.60 | $2,293.20 | $510.00 | $13,768.80 |

Interest, which began 31 days after the invoice date, accrues on the above claims at the annual rate of 5%. Penalty charges accrue at the rate of 6% per annum beginning 91 days from the invoice date. Handling charges accrue at the rate of $5.00 per month for the first two months and at the rate of $10.00 per month thereafter. All charges are computed pursuant to 31 U.S.C. §3717.



EXHIBIT C

**CERTIFICATION:** Pursuant to 28 USC §1746, I certify under penalty of perjury that the foregoing is true and correct.

_12-6-02_
Date

_Lois A. Jarvis_
Supervisory Debt Management Officer

(2)

# United States District Court

DISTRICT OF ___GUAM___

UNITED STATES OF AMERICA

V.

FUNG LI FISHERIES GUAM INC.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 03-00010

TO: (Name and Address of Defendant)
Fung Li Fisheries Guam Inc.
1026 Cabras Highway, Suite 300
Piti, Guam 96915

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

MARIVIC P. DAVID, AUSA
U.S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

ACKNOWLEDGED RECEIPT
By: [signature]
Date: 03/21/03

MARY L. M. MORAN
Clerk Of Court

MAR 21 2003

CLERK

DATE

/s/ Walter M. Tenorio

BY DEPUTY CLERK