DOOLEY LANNEN ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

FILED
DISTRICT COURT OF GUAM
APR 1 1 2003
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Defendant Fung Li Fisheries Guam Inc.



## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION CASE NO. 03-00010 |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION FOR A** |
| | ) | **CONTINUANCE AND ORDER** |
| FUNG LI FISHERIES GUAM INC., | ) | |
| Defendant. | ) | |

The above-captioned parties, through counsel, hereby stipulate that Defendant Fung Li Fisheries Guam Inc. shall have until May 9, 2003 within which to file its answer to the Complaint of Plaintiff United States of America.

SO STIPULATED.

Date: April 10, 2003

DOOLEY LANNEN ROBERTS & FOWLER LLP

By: _____
MELINDA C. SWAVELY
Attorneys for Defendant
Fung Li Fisheries Guam Inc.

///

///

///

Date: 4/10/03

FREDERICK A. BLACK
United States Attorney
Districts of Guam and the NMI

By: *signature*
**MARIVIC P. DAVID**
Assistant U.S. Attorney

Pursuant to the Stipulation of the parties, the Defendant Fung Li Fisheries Guam Inc. shall have until May 9, 2003 within which to file its answer to the Complaint of Plaintiff United States of America.

APPROVED AND SO ORDERED:

*signature*
**JOHN S. UNPINGCO**
Chief District Judge

RECEIVED APR 10 2003 DISTRICT COURT OF GUAM HAGATNA, GUAM