DOOLEY LANNEN ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223



Attorneys for Defendant Fung Li Fisheries Guam Inc.

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION CASE NO. 03-00010 |
| Plaintiff, | ) | |
| vs. | ) | **ANSWER TO COMPLAINT** |
| FUNG LI FISHERIES GUAM INC., | ) | |
| Defendant. | ) | |

Defendant Fung Li Fisheries Guam Inc. (Defendant), answers the Complaint (Complaint) of Plaintiff United States of America (Plaintiff) as follows:

1. Defendant admits the allegations in paragraphs 1, 2, 4, 5 and 10 of the Complaint.

2. Defendant denies the allegations in paragraphs 9 and 11 of the Complaint.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 of the Complaint and on that basis denies the allegations therein.

4. In response to the allegations in paragraph 3 of the Complaint, Defendant denies that it conducts business at 1026 Cabras Highway, Piti, Guam, 96925 and admits the remaining allegations in paragraph 3.

5. In response to the allegations in paragraph 7 of the Complaint, Defendant denies that it was issued a Notice of Intent to File (Bill #NFE802727, Fine #AGA980071) pursuant to 8

U.S.C. § 1286 (INA, § 256) and 8 C.F.R. §§ 280.1 and 280.11, therefore, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7 of the Complaint and on that basis denies the remaining allegations therein.

6. In response to the allegations in paragraph 8 of the Complaint, Defendant admits only that it did not file an application for mitigation or remission. Defendant denies that on August 11, 1998, the Immigration and Naturalization Service (INS) or its successor issued a Final Decision and Invoice upon Defendant, and therefore, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8 of the Complaint and on that basis denies the remaining allegations therein.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a claim upon which relief may be granted.

2. Plaintiff's Complaint is barred by the statute of limitations.

3. Defendant was never served with the Notice of Intention to Fine or the Final Decision as alleged in the Complaint.

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff take nothing from its Complaint;

2. For costs of suit; and

3. For such other relief as the Court deems proper.

Dated this 9th day of May, 2003.

DOOLEY LANNEN ROBERTS & FOWLER LLP

By: _____
JON A. VISOSKY
Attorneys for Defendant
Fung Li Fisheries Guam Inc.

F:\Documents\1\5 Civil\F102 Fung Li-USA\Answer to Complaint.doc

2