ORIGINAL

FUNG LI.sch

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN 06 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CIVIL CASE NO. 03-00010 |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| FUNG LI FISHERIES GUAM INC., | ) ~~PROPOSED~~ DISCOVERY PLAN AND SCHEDULING ORDER |
| Defendant. | ) |

Pursuant to Rule 16 and 26(f) of the federal rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Discovery Plan and Scheduling Order.

1. The nature of the case is as follows: This is an action to recover a monetary debt against defendant by the Immigration and Naturalization Service (INS) National Fines Office or it's successor the Secretary for Homeland Security.

2. The posture of the case is as follows:

   a) The following motions are on file: None at this time

   b) The following motions have been resolved: Not applicable at this time

   c) The following discovery has been initiated: None at this time

3. All motions to add parties and claims shall be filed on or before: April 27, 2004

4. All motions to amend pleadings shall be filed on or before: April 27, 2004

5. Status of discovery:

a) The times of disclosures under Rules 26(a) and 26(e) of the Federal Rules of Civil Procedure are modified as follows:

b) The following is a description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery:

    Plaintiff: Interrogatories will be served on Defendant no later than November 12, 2003; Deposition of Defendant no later than January 14, 2004; Additional Depositions as needed during January and February of 2004; Request for Admissions served on Defendant no later March 24, 2004.

    Defendant: Interrogatories will be served on Plaintiff no later than November 12, 2003; Deposition of Plaintiff no later than January 14, 2004; Additional Depositions as needed during January and February of 2004; Request for Admissions served on Plaintiff no later March 24, 2004.

6. The Parties shall appear before the District Court on June 19, 2003, at 3:15 p.m. for the Scheduling Conference.

7. The discovery cut-off date (defined as the last day to file responses to discovery) is April 7, 2004.

8. a) The anticipated discovery motions are: None at this time.

    All discovery motions shall be filed on or before April 15, 2004 and heard on or before May 6, 2004.

b) The anticipated dispositive motions are: None at the present.

    All dispositive motions shall be filed on or before April 15, 2004 and heard on or before May 6, 2004.

//

//

| | |
|---|---|
| 1 | 9. The prospects for settlements are unknown at the present time. |
| 2 | 10. The Preliminary Pretrial Conference shall be held on June 9, 2004 at 3:00 p.m. |
| 3 | 11. The parties' pretrial materials, discovery material, witness lists, designations and |
| 4 | exhibit lists shall be filed on or before June 15, 2004. |
| 5 | 12. The Proposed Pretrial Order shall be filed on or before the June 15, 2004. |
| 6 | 13. The Final Pretrial Conference shall be held on June 23, 2004, at 4:00 p.m. |
| 7 | 14. The trial shall be held on the 30th day of June, 2004 at 9:30 a.m. |
| 8 | 15. The trial is not a jury trial. |
| 9 | 16. It is anticipated that it will take two (2) days to try this case. |
| 10 | 17. The names of counsel on this case are: |
| 11 | (a) Marivic P. David, Assistant U.S. Attorney for the Plaintiff. |
| 12 | (b) Jon A. Visosky, for the Defendant. |
| 13 | // |
| 14 | // |
| 15 | // |
| 16 | // |
| 17 | // |
| 18 | // |
| 19 | // |
| 20 | // |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | |
| 28 | |

18. The parties do not wish to submit this case to a settlement conference at this time. Parties expect to request a settlement conference after initial discovery is completed.

19. The parties present the following suggestions for shortening trial: None known at this time.

20. The following issues will also affect the status or management of the case: None known at this time.

RESPECTFULLY SUBMITTED this 4th day of June, 2003.

LEONARDO M. RAPADAS
UNITED STATES ATTORNEY

DATE: 6/3/03         BY: _____
                          MARIVIC P. DAVID
                          Assistant U.S. Attorney
                          Attorney for Plaintiff

APPROVED AND AGREED:

                          FUNG LI FISHERIES GUAM INC.
                          Defendant

DATE: June 3, 2003        _____
                          JON A. VISOSKY
                          Attorney for Defendant

**APPROVED AND SO ORDERED** this 6th day of June, 2003.

_____
JOHN S. UNPINGCO
Chief Judge
District Court of Guam

RECEIVED
JUN - 4 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM