ORIGINAL

FUNG LI.dsm

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for Plaintiff

FILED
DISTRICT COURT OF GUAM
MAY 12 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 03-00010 |
| Plaintiff, | |
| vs. | **REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE AND ORDER** |
| FUNG LI FISHERIES GUAM INC., | |
| Defendant. | |

COMES NOW Plaintiff, United States of America, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and hereby requests an order of dismissal. The reason for the

//
//
//
//
//
//
//

request is that the defendant FUNG LI FISHERIES GUAM INC., has resolved the indebtedness to the United States and has requested the dismissal.

RESPECTFULLY SUBMITTED this ___7th___, day of ___May___, 2004.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney
Attorneys for the Plaintiff

* * * * ORDER * * * *

The Court, having reviewed the request of the United States for an order of dismissal, hereby orders that the above entitled case is DISMISSED with prejudice.

So Ordered this ___11___ day of ___May___, 2004.

_____
FRANCES M. TYDINGCO-GATEWOOD
**Designated District Judge**
District Court of Guam

RECEIVED
MAY 10 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

- 2 -