FILED
DISTRICT COURT OF GUAM
MAY 12 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　vs.<br>FUNG LI FISHERIES GUAM INC.,<br>　　　　Defendant. | CIVIL CASE NO. 03-00010<br><br>**JUDGMENT** |

Judgment is hereby entered in accordance with the Request for Order of Dismissal with Prejudice and Order filed May 12, 2004.

Dated this 12th day of May, 2004, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Notice is hereby given that this document was entered on the docket on 05/12/04.
No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By: _____  05/12/04
　Deputy Clerk　　　　Date